# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0066. CROSS v. CROSS.**

The appellant in the above-styled case has filed an "emergency motion to stay enforcement of final order on contempt." Having reviewed the motion, it is hereby *DENIED*.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  01/29/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*